IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| AMY WYSOCKI,<br>   Plaintiff | § § § | |
| vs. | § | CIVIL ACTION NO. 2:12-CV-00804 |
| H.O.T. EXPRESS, INC., CEN-DAK LEASING OF MONTANA, INC. and DAVID WAYNE TACKETT,<br>   Defendants | § § § § § | |
| H.O.T. EXPRESS, INC. and CEN-DAK LEASING OF MONTANA, INC.<br>   Third Party Plaintiffs | § § § § | |
| vs. | § § | |
| WILLIAM DAVID BROWN<br>   Third Party Defendant. | § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Came on to be considered the above cause, and the Plaintiff, through her attorney of record, having announced to the Court that all matters in controversy between the parties have been fully and finally settled and that this cause should be dismissed with prejudice, and the Court being fully advised of the premises by and through a Stipulation of Dismissal with Prejudice,

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that each party shall bear his own costs, expenses and attorney's fees.

**SIGNED this 17th day of April, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE